TRULINCS Inmate E-Message System. 15057018 - IRVING, WENDY L - Unit: DAN-E-A

--------------------------------------------------------------------------------

FROM: 15057018 IRVING, WENDY L
TO:
SUBJECT: JUDGE
DATE: 01/10/2008 08:13 PM

WENDY IRVING
unit 5-E #15057-018
FEDERAL CORRECTIONAL INSTITUTION
PEMBROKE STATION
DANBURY, CT 06811

TO: Honorable Judge Ann Conway
United States District Court
417 U.S. Courthouse
80 North Hughey Ave.
Orlando, Fla. 32801

Dear Honorable Judge Ann Conway;

I would like to follow up the letter I mailed your office last July 20, 2007 regarding a request for a Public Defender since changes has been approved regarding crack coccaine. Now that it's retroactive Please consider appointing an attorney that would represent me since my former attorney Craig Boda expired.
My name is Wendy Irving, docket no. 92-188-CR-ORL-22 has served 16 years out of 30 years that was originally sentenced for me.
Thank you for your consideration and would appreciate hearing from you.

Respectfully yours,

WENDY IRVING