UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                              Case No: 6:92-cr-188-Orl-22GJK

LACEY IRVING,

    Defendant.
_____/

**RESPONSE REGARDING RETROACTIVE APPLICATION
OF REVISED COCAINE BASE SENTENCING GUIDELINES**

Undersigned counsel, on behalf of Defendant Lacey Irving, respectfully submits the following response regarding Mr. Irving's eligibility for relief under Amendments 706 and 711, pursuant to 18 U.S.C. § 3582(c).

According to Bureau of Prisons' records, Mr. Irving was released from the custody of the Bureau of Prisons on March 30, 2000, when he died while serving his sentence of imprisonment. Therefore, these proceedings can be dismissed as moot at this time.

I hereby certify that on March 24, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following: Daniel Eckhart, Assistant United States Attorney.

                                                Respectfully submitted,

                                                JAMES T. SKUTHAN
                                                ACTING FEDERAL PUBLIC DEFENDER

                                                /s/ Rosemary Cakmis
                                                Rosemary Cakmis
                                                Assistant Federal Public Defender
                                                Florida Bar No. 0343498
                                                201 S. Orange Ave., Suite 300
                                                Orlando, Florida 32801
                                                Telephone: 407-648-6338
                                                Facsimile: 407-648-6095
                                                Email:  rosemary_cakmis@fd.org