# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-   Case No. 6:92cr-188-Orl-22GJK

WENDY L. IRVING

_____

## ORDER

The Office of the Federal Public Defender is appointed to represent Defendant **WENDY L. IRVING** in connection with his motion for retroactive application of the Sentencing Guidelines pursuant to Amendment 782. Because Defendant **WENDY L. IRVING** is now represented by counsel, he may not file additional documents on his own behalf.

**DONE** and **ORDERED** in Orlando, Florida on this 30th day of January, 2015.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. Attorney
U.S. Probation Office
Federal Public Defender